# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 1:10-cv-02165-OWW-SKO |
| Plaintiff, | **ORDER RESCHEDULING THE INITIAL SCHEDULING CONFERENCE** |
| vs. | |
| MICHAEL JOE ESTRADA, INDIVIDUALLY and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR, | |
| Defendant. | |
| JURY TRIAL DEMANDED | |
| | Judge: Honorable Oliver W. Wanger |

THIS MATTER having come before the Court, and the Court having considered the Stipulation to Reschedule the Initial Scheduling Conference,

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this matter shall take place on Thursday, July 22, 2011, at 8:15 a.m.

IT IS SO ORDERED.

Dated: **May 24, 2011**          **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE