Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Michael Joe Estrada, et al., <br><br> Defendant. | CASE NO. CV 10-2165 OWW SKO <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR that the above-entitled action is hereby dismissed **with prejudice** against and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR.

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.


Dated:  August 19, 2011         */s/ Thomas P. Riley*
                                **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                By:  Thomas P. Riley
                                Attorneys for Plaintiff
                                JOE HAND PROMOTIONS, INC.


Dated: August 19, 2011          *s/ Matthew A. Pare*
                                **LAW OFFICE OF MATTHEW A. PARE**
                                By:  Matthew A. Pare
                                Attorneys for Defendant
                                MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR


**IT IS SO ORDERED**:


IT IS SO ORDERED.

   Dated:  **August 26, 2011**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE