Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. CV 10-2165 OWW SKO |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR |
| vs. | |
| Michael Joe Estrada, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR that the above-entitled action is hereby dismissed **with prejudice** against and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR.

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated:  August 19, 2011   /s/ *Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: August 19, 2011   *s/ Matthew A. Pare*
**LAW OFFICE OF MATTHEW A. PARE**
By:  Matthew A. Pare
Attorneys for Defendant
MICHAEL JOE ESTRADA, individually and d/b/a THE ORANGE BAR A/K/A ORANGE BELT BAR

**IT IS SO ORDERED**:

IT IS SO ORDERED.

Dated:  **August 26, 2011**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE